Case 1:04-cv-00181-DAE-BMK   Document 25   Filed 09/02/2005   Page 1 of 2



ORIGINAL

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEPHEN MCGUINE, as Representative of the Estate of Barbare Jean Green, Deceased and on behalf of all survivors of Barbara Jean Green; STEVEN McGUINE as Representative of the Estate of Kristen Marie Wormsley, Deceased on Behalf of all survivors of Kristen Marie Wormsley,<br><br>Plaintiff(s),<br><br>vs.<br><br>THE ISLAMIC REPUBLIC OF PAKISTAN, MINISTRY OF DEFENSE, MINISTRY OF INTERIOR, PAKISTAN INTELLIGENCE AGENCY SERVICE, PERVEZ MUSHARRAF, PRESIDENT GEN. OF THE ISLAMIC REPUBLIC OF PAKISTAN, PAKISTAN POLICE DEPARTMENT, PROTESTANT INTERNATIONAL CHURCH, AL QAEDA ISLAMIC ARMY, EGYPTIAN ISLAMIC JIHAD, OSAMA BIN LADEN, THE TALIBAN, MUHAMMAD OMAR, MAULVI ABDUL KABIR, JALIL SHINWARI, NOOR JALIL, THE REPUBLIC OF IRAQ, THE REPUBLIC OF SUDAN, ISLAMIC REPUBLIC OF IRAN et al<br><br>Defendant(s). | CV 04-00181DAE-BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>SEP 0 2 2005<br><br>at __ o'clock and __ min __ M<br>SUE BEITIA, CLERK |

<u>ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties on August 11, 2005, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Deny Plaintiff Steven McGuine's Motion For Default Judgment Against Defendants The Islamic Republic of Pakistan, The Republic of Iraq, The Republic of Sudan, and The Islamic Republic of Iran And To Dismiss The Complaint Without Prejudice" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____

_____
David Alan Ezra
Chief United States District Judge

cc:   all parties of record

---
CV 04-00181DAE-BMK
McGUINE v The Islamic Republic of Pakistan
Order Adopting Magistrate's Findings and Recommendation