AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| STEPHEN McGUINE, etc., | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIVIL 04-00181DAE-BMK |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| THE ISLAMIC REPUBLIC OF PAKISTAN, etc., et al., | April 27, 2006 At 4 o'clock and 00 min p.m. SUE BEITIA, CLERK |
| Defendants. | |

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

As pursuant to the *"Findings and Recommendation to Deny Plaintiff Steven McGuine's Motion for Default Judgment against defendants The Islamic Republic of Pakistan, The Republic of Iraq, The Republic of Sudan and The Islamic Republic of Iran and to Dismiss the Complaint without Prejudice"* filed on August 11, 2005, and as pursuant to the *"Order Adopting Magistrate's Findings and Recommendation"* filed on September 2, 2005, Plaintiff Stephen McGuine's Motion for Default Judgment is DENIED. The Case is Dismissed without Prejudice.

cc:   All Counsel and/or Parties of Record

_____April 27, 2006_____          _____SUE BEITIA_____
Date                                                                              Clerk

/s/ *Anna F. Chang*
_____
(By) Deputy Clerk