## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

April 27, 2006

TO ALL COUNSEL AND/OR PARTIES OF RECORD

Re:   CIVIL 04-00181DAE-BMK
STEPHEN McGUINE, etc. vs. THE ISLAMIC REPUBLIC OF PAKISTAN, etc., et al.

Dear Sir:

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on April 27, 2006.

Sincerely Yours,

SUE BEITIA, CLERK
/s/ *Anna F. Chang*
by: Anna F. Chang
Deputy Clerk

cc:   All Counsel and/or Parties of Record